# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE,<br><br>                    Plaintiff,<br><br>       v.<br><br>LYDIA C. HENSE, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:10-cv-01186-AWI-SKO PC<br><br>ORDER GRANTING REQUEST FOR COPY OF DOCKET<br><br>(Doc. 38) |

Plaintiff Keith Page, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 1, 2010.  On November 28, 2012, Plaintiff requested a copy of the docket.

Plaintiff's request is HEREBY GRANTED and the Clerk's Office shall send Plaintiff a copy of the docket.

IT IS SO ORDERED.

**Dated:   November 30, 2012**                    /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE

1