# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE, | CASE NO. 1:10-cv-01186-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO COMPLY WITH LOCAL RULE 133(J) ON OR BEFORE JANUARY 4, 2013 |
| v. | |
| LYDIA C. HENSE, et al., | |
| Defendants. | |

    Pending before the Court is Defendants' cross-motion for summary judgment, filed on July 30, 2012.  Defendants cited to and included a portion of Plaintiff's deposition, but they failed to comply with Local Rule 133(j), which requires that they provide the Court with a courtesy copy of the entire deposition transcript.  (Doc. 30-2, Ex. D.)

    Defendants are HEREBY ORDERED to bring their motion for summary judgment into compliance with Local Rule 133(j) on or before **January 4, 2013**.  The failure to comply may result in an order striking the motion or the evidence from the record, at the Court's discretion.

IT IS SO ORDERED.

**Dated:   January 2, 2013**              /s/ Sheila K. Oberto
                                                               UNITED STATES MAGISTRATE JUDGE