# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE, | CASE NO. 1:10-cv-01186-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO SUBMIT UNREDACTED VERSION OF EXHIBIT A FOR IN CAMERA REVIEW |
| v. | |
| LYDIA C. HENSE, et al., | (Doc. 47) |
| Defendants. | TEN-DAY DEADLINE |

On February 28, 2013, Defendants submitted a heavily redacted document in support of their motion for reconsideration. (Doc. 47, Ex. A to Mehra Dec.) Defendants are HEREBY ORDERED to submit an unredacted copy of Exhibit A directly to the chambers of the undersigned for in camera review within **ten (10) days** from the date of service of this order.[1]

IT IS SO ORDERED.

Dated: April 29, 2013

SENIOR DISTRICT JUDGE

---

[1] The document shall be mailed directly to chambers. Or, in lieu of mailing, the document may be submitted via PDF to awiorders@caed.uscourts.gov. This document shall be reviewed in camera and will not become part of the record in this action.

1