# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE, | CASE NO. 1:10-cv-01186-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING AMENDED OPPOSITION |
| v. | (Doc. 56) |
| LYDIA C. HENSE, et al., | |
| Defendants. | |

Plaintiff Keith Page, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 1, 2010. On May 6, 2013, Plaintiff filed an amended opposition to Defendants' motion for reconsideration and motion for relief from their admissions.

The motions were filed on February 28, 2013, Plaintiff filed an opposition on March 7, 2013, and Defendants filed a reply on March 14, 2013. The motions are under submissions and no further briefing is permitted. Local Rule 230(l).

Accordingly, Plaintiff's amended opposition is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: May 8, 2013

_____
SENIOR DISTRICT JUDGE

1