# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE, | Case No. 1:10-cv-01186-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF BLANK SUBPOENAS |
| v. | (Doc. 66) |
| LYDIA C. HENSE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Keith Page, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 1, 2010. This action for damages is proceeding against Defendants Ramirez and Lopez for acting with deliberate indifference to a substantial risk of harm to Plaintiff's safety, in violation of the Eighth Amendment of the United States Constitution.

This matter is set for jury trial on September 24, 2013, and on August 5, 2013, Plaintiff filed a motion seeking the issuance of four blank subpoenas. Plaintiff did not state what the subpoenas are to be used for, but discovery is closed and the deadline for Plaintiff to have notified the Court of the names and locations of any unincarcerated witnesses he planned to subpoena for trial was June 5, 2013. (Docs. 24, 45.) Plaintiff did not comply with that deadline nor did he identify any witnesses in his pretrial statement. (Doc. 59.)

///

Under these circumstances, the Court cannot discern any basis for the issuance of blank subpoenas, and Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  August 15, 2013

_____
SENIOR DISTRICT JUDGE

2