# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE, | Case No. 1:10-cv-01186-AWI-SKO PC |
| Plaintiff, | ORDER SHORTENING TIME TO FILE OPPOSITION TO MOTIONS FOR RECONSIDERATION |
| v. | |
| LYDIA C. HENSE, et al., | (Docs. 67 and 76) |
| Defendants. | Opposition Deadline: August 30, 2013 |
| _____/ | |

Plaintiff Keith Page, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 1, 2010. This action for damages is proceeding against Defendants Ramirez and Lopez for acting with deliberate indifference to a substantial risk of harm to Plaintiff's safety, in violation of the Eighth Amendment of the United States Constitution.

This case is set for jury trial on September 24, 2013. Pending before the Court are Plaintiff's motions for reconsideration of the order withdrawing Defendants' admissions, filed on August 12, 2013, and August 21, 2013. Jury trial is in five weeks and this matter is set for a telephonic trial confirmation hearing on September 3, 2013.

///
///
///

1       Accordingly, pursuant to Local Rule 144(e), the Court hereby shortens the opposition deadline to August 30, 2013. It will address the pending motions for reconsideration on September 3, 2013.

IT IS SO ORDERED.

Dated:   August 27, 2013                                _____
                                                              SENIOR DISTRICT JUDGE