

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH PAGE,

        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

10-CV-1186 AWI SKO (PC)

RAMIREZ AND LOPEZ,

        Defendant.

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        The Jury finds in favor of Defendants and against Plaintiff.

DATED: 9/26/13.

Marianne Matherly, Clerk

By: _____
    Deputy Clerk